# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10307-AMC

JASON JOHN NICHOLS

563 HAZEL AVENUE

KENNETT SQUARE, PA 19348

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JASON JOHN NICHOLS

    563 HAZEL AVENUE

    KENNETT SQUARE, PA 19348

Counsel for debtor(s), by electronic notice only.

    JOSHUA LOUIS THOMAS
    1110 POCOPSON ROAD
    PO BOX 415
    POCOPSON, PA 19366-

Date: 3/14/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee