UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JASON JOHN NICHOLS                                    Chapter 13

                    Debtor                    Bankruptcy No. 19-10307-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

      **AND NOW**, this __16th__ day of __April__, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSHUA LOUIS THOMAS
1110 POCOPSON ROAD
PO BOX 415
POCOPSON, PA 19366-

Debtor:
JASON JOHN NICHOLS

563 HAZEL AVENUE

KENNETT SQUARE, PA 19348