United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10307-amc
Jason John Nichols                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                Page 1 of 2              Date Rcvd: Apr 16, 2019
                              Form ID: pdf900           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db             +Jason John Nichols,    563 Hazel Avenue,    Kennett Square, PA 19348-2932
cr             +WILMINGTON SAVINGS FUND SOCIETY ET SEQ.,    C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE,
                 8 NESHAMINY INTERPLEX DRIVE SUITE 215,    TREVOSE, PA 19053-6980
14261719       ++BANK OF AMERICA,     PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    Po Box 982238,    El Paso, TX 79998)
14280048       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14261721        CITIMORTGAGE INC,    PO BOX 6243,    Sioux Falls, SD 57117-6243
14261718       +JULIE MANUEL ESQUIRE,    8 NESHAMINY INTERPLEX DRIVE,    Trevose, PA 19053-6933
14261722        PENNSYLVANIE ST. FCU,    PO BOX 67013,    Harrisburg,
14261716       +RUSHMORE LOAN MANAGEMENT,    PO BOX 55004,    Irvine, CA 92619-5004
14286910       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14265586       +Rushmore Loan Management Services,    c/o Kevin G. McDonald, Esq.,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia PA 19106-1541
14261717       #+WELLS FARGO DEALER,    PO BOX 1697,    Winterville, NC 28590-1697
14281887       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2019 03:16:58     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2019 03:16:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2019 03:16:53    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14261720       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 17 2019 03:21:22     CAPITAL ONE BANK,
                 PO BOX 30281,     SALT LAKE CITY, UT 84130-0281
14292595        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2019 03:21:00
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14273966       +E-mail/Text: bankruptcynotices@psecu.com Apr 17 2019 03:17:18     PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
                                                                                                TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              JILL MANUEL-COUGHLIN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY ET SEQ.
               jill@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
                ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSHUA LOUIS THOMAS    on behalf of Debtor Jason John Nichols joshualthomas@gmail.com

```
District/off: 0313-2          User: John                Page 2 of 2              Date Rcvd: Apr 16, 2019
                              Form ID: pdf900           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                 TOTAL: 5

Case 19-10307-amc    Doc 31    Filed 04/18/19    Entered 04/19/19 01:08:59    Desc Imaged
Certificate of Notice    Page 2 of 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JASON JOHN NICHOLS　　　　　　　　　　Chapter 13

　　　　　　　　　Debtor　　　　　Bankruptcy No. 19-10307-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

　　**AND NOW**, this __16th__ day of __April__, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

　　**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSHUA LOUIS THOMAS
1110 POCOPSON ROAD
PO BOX 415
POCOPSON, PA 19366-


Debtor:
JASON JOHN NICHOLS

563 HAZEL AVENUE

KENNETT SQUARE, PA 19348